EN EL TRIBUNAL SUPREMO DE PUERTO RICO

|  |  |
|---|---|
| *Ex Parte:*<br><br>Mario A. Ramírez Matos | 2016 TSPR 93<br><br>195 DPR ____ |

Número del Caso: TS-15,362

Fecha: 16 de mayo de 2016

Abogado del Peticionario:

    Por Derecho Propio

Materia: Reactivación al Ejercicio de la Abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*Ex Parte*

Mario A. Ramírez Matos

**Núm.** <u>TS-15362</u>

RESOLUCIÓN

San Juan, Puerto Rico, a 16 de mayo de 2016

Evaluada la *Solicitud de Cambio a Estatus de Abogado Activo en el Registro de Abogados* presentada por el abogado Marío A. Ramírez Matos, se provee ha lugar.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

Juan Ernesto Dávila Rivera
Secretario del Tribunal Supremo